AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 0 9 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

ALEJANDRO L DELGADO
_____
Petitioner

v.

Case No. 3:23cv19-HTW-LGI
(Supplied by Clerk of Court)

_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ALESANDRO LLAMAS DELGADO
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: YAZOO LOW
   (b) Address: P.O. BOX 5000
       YAZOO CITY MS. 39194
   (c) Your identification number: 21130-041
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: 600 U.S. Courthouse, 300 South Fourth Street Minneapolis MN. 55415
      (b) Docket number of criminal case: 8:12-CR-00144-JNE-BRT
      (c) Date of sentencing: May 9, 2018
   ☐ Being held on an immigration charge
   ☐ Other (explain): Conspiracy to distribute 500 gr, or more of methamphetamine and 500 gr, cocaine in violation of 21 USC § 841(a)(1) and 846. An poss. with intent cocaine

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _MIS CACUlATION of methamphetAMINE Dist Court MINN 417 Federal Build. 515 w First Street_
   (b) Docket number, case number, or opinion number: _No. 18-2088_
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _distribution of a Controlled Substance AN poss. Cocaine methamphetamine Sentence to 300 mo._
   (d) Date of the decision or action: _May 9, 2018_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _Eighth Cir Court of Appeals_

      (2) Date of filing: _June 26, 2019_
      (3) Docket number, case number, or opinion number: _18-2068, 18-2088, 18-2090_
      (4) Result: _Affirmed_
      (5) Date of result: _June 26, 2019_
      (6) Issues raised: _Sufficiency of Evidence_

      (b) If you answered "No," explain why you did not appeal: _N/A_

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A
        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes    ☐ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☒ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _U.S. Dist. Court of Minnesota_
(2) Case number: _0-12-CR-80144-JNE-BRT_
(3) Date of filing: _Oct 15, 2020 defendant filed his Aug 1, 2022_
(4) Result: _dismissed_
(5) Date of result: _8/31/22_
(6) Issues raised: _Sufficiency of the Evidence_

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court: _N/A_
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _The motion was time barred under the applicable one-year statue of limitation specified by 28 USC § 2255(f)(1)_

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:         N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court:          N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:   N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Federal definition of cocaine is broader than the States definition SEE: United State V. Myers (No. 21-3443

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
The Eighth Cir definition of cocaine is broader than the Federal Statue

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** Methamphetamine which is now called into question in light of United States V. Robinson (No. 3-21-CR-14-CWR-FKB-2 (SD miss DEC. 23, 2022

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
The Court miscalculated the Guidline range for a mixture for meth, making Guidline level high in meth cases.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: *I would like for the error to be corrected in the calculation of my sentence*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/31/2022        _Alejandro Llamas P._
                         Signature of Petitioner


_____
Signature of Attorney or other authorized person, if any