IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALEJANDRO LLAMAS-DELGADO, #21130-041                          PETITIONER

V.                                            CIVIL ACTION NO. 3:23-cv-19-HTW-LGI

WARDEN UNKNOWN HARRISON                                        RESPONDENT

FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue and without prejudice in all other respects.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE